

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-06-00149-CR

_____

TOMMY WALTER DARLING, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Eighth Judicial District Court
Hopkins County, Texas
Trial Court No. 0518219

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

A jury found Tommy Walter Darling guilty of aggravated sexual assault in several cases, which were consolidated and tried together. Each conviction was appealed separately, but the briefs and arguments raised in each appeal are identical.

Since the briefs and arguments raised in this case are identical to the issues presented in Darling's companion appeals, and for the reasons stated in our opinion in *Darling v. State*, cause number 06-06-00148-CR, we overrule his arguments in this case and affirm the trial court's judgment.


Jack Carter
Justice


Date Submitted:     April 2, 2008
Date Decided:       August 13, 2008

Do Not Publish